said United States Plaintiffs against the said Richard Pattinson Defendant whereas by the Law of the Land the Court ought to have rec$^d$ the demurrer of the said Richard Pattinson at the suit of the said United States and to have given judgment for the said Richard Pattinson against the said United States in this therefore there is manifest Error, the said Richard therefore prays that for the Error aforesaid and others in the Record and proceedings appearing, the judgment aforesaid thereof against him in favour of the said United States may be reversed          E Brush Att$^y$ for the s$^d$
                                                        Richard Pattinson

[In the handwriting of Elijah Brush]

United States
ad$^s$
R. Pattinson

filed in court 26. Sept$^{ber}$ 1808

Richard Pattinson

ags$^t$                                    } In Error.

The United States of America

And the said United States of America by Harris H. Hickman their attorney, and say, that in the record aforesaid, or in rendering the judgment afores$^d$ there is no error, and prays that this court may proceed to the examination of the record and proceedings, of the matter afores$^d$ above assigned by the said Richard for Error.          Harris H. Hickman
                                                        att$^y$ for Dfts.
                                            E Brush   Att$^y$ ptff

[In the handwriting of Harris H. Hickman]